```
                    UNITED STATES DISTRICT COURT

                    MIDDLE DISTRICT OF LOUISIANA
```

UNITED STATES OF AMERICA

VERSUS                              CRIMINAL NO. 06-217-FJP-SCR
                                    (CV 08-605-FJP-SCR)

BRANDI R. THOMPSON

## JUDGMENT

For written reasons assigned;

IT IS ORDERED that defendant's motion to vacate pursuant to 28 U.S.C. § 2255 is denied and this action is dismissed.

Baton Rouge, Louisiana, January 22, 2009.

                                    _____
                                    FRANK J. POLOZOLA
                                    MIDDLE DISTRICT OF LOUISIANA

Doc#45744